United States of America -vs- Dylann S. Roof

case no. 17-3 (4th Circuit)

Pro Se Motion to Remove and Replace Appointed Counsel

This is a motion to dismiss and replace my currently appointed counsel due to a conflict of interest.

The court is aware of my decision to represent myself at my trial, a decision based partly on differences between myself and my attorneys. As my appeals process is just beginning it is more convenient and beneficial for everyone involved to have satisfactory counsel appointed now rather than at a later date when the process has actually begun.

My two currently appointed attorneys, Alexandra Yates and Sapna Mirchandani, are Jewish and Indian respectively. It is

therefore quite literally impossible that they and I could have the same interests relating to my case.

It is also a barrier to effective communication. The lawyer appointed to represent me at my Federal trial was David Isaac Bruck, who is also Jewish. His ethnicity was a constant source of conflict even with my constant efforts to look past it.

Trust is a vital component in an attorney client relationship, and is important to the effectiveness of the defense. Because of my political views, which are arguably religious, it will be impossible for me to trust two attorneys that are my political and biological enemies. The difficulties during my trial are evidence of this.

My intentions are to have the appeals process for my case go as smoothly as possible — and to be as effective as they

can be, the appeals should be worked on and written by lawyers with my best interests in mind. I am confident after meeting my current attorneys that they will be unable to represent me in an efficient manner.

For the reasons stated above I ask that the court remove and replace my current counsel.

Respectfully Submitted,

Dylann S Roof

Dylann Roof 28509-171
USP PO Box 33
Terre Haute, IN
47808

INMATE
IDENTIFICATION
CONFIRMED

LEGAL
MAIL

Fourth Circuit Court of Appeals
Lewis F. Powell Jr United States
Courthouse Annex
1100 East Main Street, Suite 501
Richmond VA 23219-3525