FILED: September 19, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 17-3
(2:15-cr-00472-RMG-1)
_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

DYLANN STORM ROOF

      Defendant - Appellant

_____

O R D E R
_____

The court denies the motion for substitution of counsel on appeal.

For the Court

/s/ Patricia S. Connor, Clerk