## PROPOSED REDACTED VERSION of MOTION TO RECONSIDER

United States vs. Dylann Roof

Case no. 17-3

4th Circuit

RECEIVED

2020 FEB -3 PM 3: 54

U.S. COURT OF APPEALS
FOURTH CIRCUIT

EMB
EXP

Motion for acceptance of motion for change of court
_____

    This is a motion urging the 4th Circuit court to accept my previous motion for a change of court circuits. I have enclosed a copy of the motion. I have also enclosed a copy of the response from the 4th Circuit.

    The 4th Circuit clerk acknowledged the receipt of the motion and then forwarded it to my appellate counsel. She says my counsel will act on my behalf. ████████████████████████████

████████████████████████████████████████████████

    The 4th Circuit court is refusing to accept a motion about their malfeasance and by doing so are confirming the allegations while commiting further misconduct. The 4th Circuit has forwarded my motion to my appellate attorneys, ████████████████████ This is a blatantly illegal attempt to prevent acceptance of a valid motion that needs to be reviewed and considered. It proves the 4th Circuit is unprofessional and shouldn't be hearing my case as they have obvious bias.

████████████████████████████████████████████████

They should be removed and replaced with different counsel.

This is a motion for the 4th Circuit to accept my previous motion for a change of court and review of my counsels conduct.

01 / 23 / 2020

Dylann Roof