FILED: April 3, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 17-3
(2:15-cr-00472-RMG-1)
_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

DYLANN STORM ROOF

      Defendant - Appellant

_____

O R D E R
_____

Upon consideration of submissions relative to appellant's pro se motion for acceptance of motion for change of court, the court denies the motion.

For the Court

/s/ Patricia S. Connor, Clerk