United States vs. Dylann Storm Roof

case no. 17-3

4th Circuit Court of Appeals

RECEIVED
2020 APR -6 PM 2: 47
FOURTH CIRCUIT
COURT OF APPEALS

## Motion of Notice to 4th Circuit Court of Appeals of Orders Given to Attorneys to Act on my Behalf

Orders have been given in writing to my attorney Alexandra Yates to file a motion for change of appellate court circuits based on Julius Richardson's presence at the 4th Circuit Court of Appeals. Refusal to file this motion is grounds for dismissal and replacement of my appellate attorneys.

Submitted By -

Dylann Roof

03/30/2020

NAME: Dylann Roof
NUMBER: 28509-171
United States Penitentiary
P.O. Box 33
Terre Haute, IN 47808

U.S. Court of Appeals
4th Circuit
1100 E. Main Street, Suite 501
Richmond, VA 23219

INMATE IDENTIFICATION CONFIRMED

LEGAL MAIL