IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      *Plaintiff/Appellee,*<br><br>      v.<br><br>DYLANN STORM ROOF,<br><br>      *Defendant/Appellant.* | Case No. 17-3 |

**UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL
AND FOR SUBSTITUTION OF COUNSEL**

Defendant-Appellant Dylann Storm Roof, by and through undersigned counsel, hereby respectfully moves this Court to withdraw Amy M. Karlin as counsel of record in the above-captioned case. Ms. Karlin is no longer the Interim Federal Public Defender for the Office of the Federal Public Defender, Central District of California.

Mr. Roof also requests that this Court substitute, in Ms. Karlin's place, her successor, Interim Federal Public Defender Cuauhtemoc Ortega, as counsel of record.

Government counsel, Bonnie I. Robin-Vergeer, has been informed of Mr. Roof's intent to file this motion. She advises that the government does not oppose the requested relief.

Wherefore, Mr. Roof respectfully requests that this Court allow Interim Federal Public Defender Cuauhtemoc Ortega to substitute for Amy M. Karlin as counsel of record for Mr. Roof.

Respectfully submitted this 7th day of August, 2020.

/s/ *Sapna Mirchandani*
Sapna Mirchandani
Assistant Federal Public Defender
Office of the Federal Public Defender,
District of Maryland
6411 Ivy Lane, Suite 710
Greenbelt, MD 20770
(301) 344-0600

*Counsel for Appellant*

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Unopposed Motion for Withdrawal of Counsel and for Substitution of Counsel was filed electronically via CM/ECF, which automatically sends notice of such filing to the following registered CM/ECF users:

Thomas Evans Chandler
Bonnie Ilene Robin-Vergeer
Brant S. Levine
U.S. Department of Justice
Civil Rights, Appellate Section
Ben Franklin Station
P.O. Box 14403
Washington, DC 20044-4403

Vijay Shanker
U.S. Department of Justice
Criminal, Appellate Section
950 Pennsylvania Avenue NW,
Room 1264
Washington, DC 20530

Nathan Williams
Assistant United States Attorney
Office of the U.S. Attorney
151 Meeting Street, Suite 200
Charleston, SC 29401-2238

John M. Pellettieri
U.S. Department of Justice
950 Pennsylvania Avenue NW,
Room 1260
Washington, DC 20530

Ann O'Connell Adams
U.S. Department of Justice
950 Pennsylvania Avenue NW,
Room 1252
Washington, DC 20530

on this 7th day of August, 2020.

*/s/ Sapna Mirchandani*
Sapna Mirchandani

3