## OFFICE OF THE FEDERAL PUBLIC DEFENDER
## DISTRICT OF MARYLAND

SOUTHERN DIVISION
6411 IVY LANE, SUITE 710
GREENBELT, MARYLAND  20770
TEL: (301) 344-0600
FAX: (301) 344-0019

**JAMES WYDA**  
FEDERAL PUBLIC DEFENDER

**SAPNA MIRCHANDANI**  
ASSISTANT FEDERAL PUBLIC DEFENDER

May 6, 2021

The Honorable Patricia S. Connor, Clerk  
United States Court of Appeals for the Fourth Circuit  
Lewis F. Powell, Jr. U.S. Courthouse Annex  
1100 East Main Street, Suite 501  
Richmond, VA   23219-3517

Re:     *United States v. Dylann Storm Roof*, Fourth Circuit Case No. 17-3

Dear Ms. Connor:

The Court has scheduled oral argument in this case for May 25, and has allotted 90 minutes per side. We write to inquire if the Court would like to offer guidance as to any issues in particular that it would like us to address. We will, of course, be prepared to discuss any of the issues raised in the briefs.

Sincerely,

*/s/ Sapna Mirchandani*  
Sapna Mirchandani  
Office of the Federal Public Defender  
Southern Division  
6411 Ivy Lane, Suite 710  
Greenbelt, MD 20770  
(301) 344-2312  
*sapna_mirchandani@fd.org*

*/s/ Alexandra W. Yates*  
Alexandra W. Yates  
P.O. Box 542  
Concord, MA 01742  
(978) 254-0882  
*alex@ayateslaw.com*

*/s/ Margaret A. Farrand*  
Margaret A. Farrand  
Office of the Federal Public Defender  
Central District of California  
321 East 2nd Street  
Los Angeles, CA 90012-4202  
(213) 894-2854  
*margaret_farrand@fd.org*