# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

_____

NOTICE

_____

May 11, 2021

No. 17-3,     US v. Dylann Roof
              2:15-cr-00472-RMG-1

Dear Counsel:

Please be advised that the judges of the Fourth Circuit have recused themselves in this case and the oral argument scheduled for May 25, 2021, will be held before the following panel of judges designated in accordance with 28 U.S.C. § 291(a):

    Honorable Duane Benton
    Circuit Judge, U.S. Court of Appeals for the Eighth Circuit

    Honorable Kent A. Jordan
    Circuit Judge, U.S. Court of Appeals for the Third Circuit

    Honorable Ronald Lee Gilman
    Senior Circuit Judge, U.S. Court of Appeals for the Sixth Circuit

Yours truly,

s/Patricia S. Connor
Clerk of Court