**UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**

1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517
www.ca4.uscourts.gov

May 11, 2021

_____

NOTICE

_____

No. 17-3,   US v. Dylann Roof
              2:15-cr-00472-RMG-1

TO: Counsel

     Your letter of May 6, 2021, has been referred to the panel. The panel declines to identify any particular issues for counsel to address, trusting that counsel need no guidance in order to present an effective oral argument for their client.


s/Patricia S. Connor
Clerk of Court