FILED: September 24, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 17-3
(2:15-cr-00472-RMG-1)
_____

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

DYLANN STORM ROOF

       Defendant - Appellant

-------------------------------

AUTISTIC SELF ADVOCACY NETWORK; AUTISTIC WOMEN & NONBINARY NETWORK

       Amici Supporting Appellee

_____

O R D E R
_____

The court denies the petition for panel rehearing.

Entered at the direction of the panel: Judge Benton, Judge Jordan, and Senior Judge Gilman.

For the Court

/s/ Patricia S. Connor, Clerk