FILED: October 12, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 17-3
(2:15-cr-00472-RMG-1)
_____

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

DYLANN STORM ROOF

       Defendant - Appellant

-------------------------------

AUTISTIC SELF ADVOCACY NETWORK; AUTISTIC WOMEN & NONBINARY NETWORK

       Amici Supporting Appellee

_____

O R D E R
_____

Upon review of appellant's motion for reconsideration of recusal, and no judge of the court having voted to reconsider recusal, the motion is denied.

The court's mandate shall issue seven days after entry of this order in

accordance with Federal Rule of Appellate Procedure 41(b).

For the Court

/s/ Patricia S. Connor, Clerk