# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

March 1, 2022

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Fourth Circuit
1100 East Main Street
Room 501
Richmond, VA 23219

    Re: Dylann Storm Roof
        v. United States
        No. 21-7234
        (Your No. 17-3)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on February 24, 2022 and placed on the docket March 1, 2022 as No. 21-7234.

Sincerely,

**Scott S. Harris**, Clerk

by

Emily Walker
Case Analyst